UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 14-20052-CR-MARTINEZ**

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

RODOLFO SANTAYA,

      Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S AMENDED REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Amended Report and Recommendation regarding Criminal Justice Act Voucher FLS 14 1724 issued by United States Magistrate Judge Jonathan Goodman, on January 21, 2015 [ECF No. 257].  Magistrate Judge Goodman recommends that this Court, grant the CJA Voucher FLS 14 1724 and that Emmanuel Perez, PA be paid a total sum of **$22,550.00** as fair and final compensation for his work on this case.  The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed.  Accordingly, the Court has considered the Amended Report and Recommendation, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Amended Report and Recommendations [ECF No. 257], is hereby **ADOPTED and AFFIRMED.** Magistrate's Goodman's Report and Recommendations on Counsel's CJA Voucher Request [ECF No. 254] is **Denied as moot.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___3___ day of February, 2015.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
Emmanuel Perez, PA
Lucy Lara, CJA Administrator