UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-23114-CIV-MARTINEZ-REID
(14-20052-CR-MARTINEZ)

RODOLFO SANTAYA,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report and Recommendation on all dispositive matters [ECF No. 2]. On December 20, 2018, Magistrate Judge White filed a Report and Recommendation [ECF No. 8], recommending that Petitioner's Motion to Vacate Sentence [ECF No. 1] be DENIED. The Court has reviewed the entire record and is otherwise fully advised in the premises. This Court also notes that no objections to the Report and Recommendation [ECF No. 8] have been filed to date. Accordingly, after careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge White's Report and Recommendation [ECF No. 8] is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that

1. Petitioner's Motion to Vacate Sentence [ECF No. 1] is **DENIED** for the reasons stated in Magistrate Judge White's well-reasoned report.

2. This case is **CLOSED** and all pending motions are **DENIED AS MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 11 day of January, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Reid
All Counsel of Record
Rodolfo Santaya, *pro se*